# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

Docket Number: CP-51-CR-0009699-2014

**CRIMINAL DOCKET**

Court Case

36107
REC'D MAR - 9 2016
AHFB



Commonwealth of Pennsylvania
v.
Lamont Daniels

## CASE INFORMATION

Judge Assigned: Panepinto, Paul Peter
Date Filed: 08/27/2014
Initiation Date: 08/27/2014
OTN: N 927048-3
LOTN:
Originating Docket No: MC-51-CR-0026922-2014
Initial Issuing Authority: Martin S. Coleman
Final Issuing Authority:
Arresting Agency: Philadelphia Pd
Arresting Officer: Berkery, Michael
Complaint/Incident #: 1415071253-0026922

| Case Local Number Type(s) | Case Local Number(s) |
|---|---|
| Originating Docket Number | MC-51-CR-0026922-2014 |
| District Control Number | 1415071253 |
| Originating Document Number | 1415071253-0026922 |

## RELATED CASES

| Related Docket No | Related Case Caption | Related Court | Association Reason |
|---|---|---|---|
| **Related** | | | |
| CP-51-MD-0006968-2015 | In Re: Daniels, Lamont | CP-01-51-Crim | Related |

## STATUS INFORMATION

Case Status: Closed

Arrest Date: 08/09/2014

| Status Date | Processing Status |
|---|---|
| 09/18/2015 | Completed |
| 09/18/2015 | Awaiting Return of Bail |
| 11/05/2014 | Awaiting Trial |
| 09/16/2014 | Awaiting Pre-Trial Conference |
| 09/04/2014 | Awaiting Formal Arraignment |
| 08/27/2014 | Awaiting Filing of Information |

## CALENDAR EVENTS

| Case Calendar Event Type | Schedule Start Date | Start Time | Room | Judge Name | Schedule Status |
|---|---|---|---|---|---|
| Formal Arraignment | 09/16/2014 | 11:00 am | 1104 | Trial Commissioner Linda Mariani | Scheduled |
| Pre-Trial Conference | 10/15/2014 | 9:00 am | 1005 | Judge Ann Butchart | Scheduled |
| Pretrial Bring Back | 11/05/2014 | 9:00 am | 1005 | Judge Ann Butchart | Scheduled |
| Trial | 12/19/2014 | 9:00 am | 1004 | Judge Frank Palumbo | Continued |
| Trial | 02/24/2015 | 9:00 am | 1004 | Judge Paul Peter Panepinto | Moved |
| Trial | 03/25/2015 | 9:00 am | 1004 | Judge Paul Peter Panepinto | Scheduled |
| Trial | 05/19/2015 | 9:00 am | 1004 | Judge Paul Peter Panepinto | Scheduled |
| Trial | 07/08/2015 | 9:00 am | 1004 | Judge Paul Peter Panepinto | Scheduled |
| Trial | 09/11/2015 | 9:00 am | 1004 | Judge Paul Peter Panepinto | Scheduled |
| Trial | 09/18/2015 | 9:00 am | 1004 | Judge Paul Peter Panepinto | Scheduled |



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

Docket Number: CP-51-CR-0009699-2014

**CRIMINAL DOCKET**

Court Case

36107
REC'D MAR - 9 2016

Commonwealth of Pennsylvania
v.
Lamont Daniels



## DEFENDANT INFORMATION

Date Of Birth: 03/09/1972 City/State/Zip: Philadelphia, PA 19145

## CASE PARTICIPANTS

| Participant Type | Name |
|---|---|
| Defendant | Daniels, Lamont |

## BAIL INFORMATION

**Daniels, Lamont** **Nebbia Status: None**

| Bail Action | Date | Bail Type | Percentage | Amount | Bail Posting Status | Posting Date |
|---|---|---|---|---|---|---|
| Set | 08/09/2014 | Monetary | 10.00% | $50,000.00 | Posted | 08/09/2014 |

## CHARGES

| Seq. | Orig Seq. | Grade | Statute | Statute Description | Offense Dt. | OTN |
|---|---|---|---|---|---|---|
| 1 | 1 | F3 | **18 § 6106 §§A1** | Firearms Not To Be Carried W/O License | 08/08/2014 | N 927048-3 |
| 2 | 2 | M | **35 § 780-113 §§A31** | Poss Of Marijuana | 08/08/2014 | N 927048-3 |
| 3 | 3 | M1 | **18 § 6108** | Carry Firearms Public In Phila | 08/08/2014 | N 927048-3 |
| 99999 | 4 | | **75 § 1301 §§A** | Dr Unregist Veh | 08/08/2014 | N 927048-3 |

## DISPOSITION SENTENCING/PENALTIES

Disposition
Case Event — Disposition Date — Final Disposition
Sequence/Description — Offense Disposition — Grade — Section
Sentencing Judge — Sentence Date — Credit For Time Served
Sentence/Diversion Program Type — Incarceration/Diversionary Period — Start Date
Sentence Conditions

**Lower Court Proceeding (generic)**

| Case Event / Sequence/Description | Disposition Date / Offense Disposition | Final Disposition / Grade | Section |
|---|---|---|---|
| Preliminary Hearing | 08/26/2014 | Not Final | |
| 1 / Firearms Not To Be Carried W/O License | Held for Court | F3 | 18 § 6106 §§ A1 |
| 2 / Poss Of Marijuana | Held for Court | M | 35 § 780-113 §§ A31 |
| 3 / Carry Firearms Public In Phila | Held for Court | M1 | 18 § 6108 |
| 99,999 / Dr Unregist Veh | Dismissed - LOE | | 75 § 1301 §§ A |

**Proceed to Court** Defendant Was Not Present

| Case Event / Sequence/Description | Disposition Date / Offense Disposition | Final Disposition / Grade | Section |
|---|---|---|---|
| Information Filed | 09/04/2014 | Not Final | |
| 1 / Firearms Not To Be Carried W/O License | Held for Court | F3 | 18 § 6106 §§ A1 |
| 2 / Poss Of Marijuana | Held for Court | M | 35 § 780-113 §§ A31 |
| 3 / Carry Firearms Public In Phila | Held for Court | M1 | 18 § 6108 |
| 99,999 / Dr Unregist Veh | Disposed at Lower Court | | 75 § 1301 §§ A |



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record

## DISPOSITION SENTENCING/PENALTIES

| Disposition | | | | |
|---|---|---|---|---|
| Case Event | Disposition Date | Final Disposition | | |
| Sequence/Description | Offense Disposition | Grade | Section | |
| Sentencing Judge | Sentence Date | Credit For Time Served | | |
| Sentence/Diversion Program Type | Incarceration/Diversionary Period | Start Date | | |
| Sentence Conditions | | | | |
| **Not Guilty** | | | | |
| Trial | 09/18/2015 | Final Disposition | | |
| 1 / Firearms Not To Be Carried W/O License | Not Guilty | F3 | 18 § 6106 §§ A1 | |
| 2 / Poss Of Marijuana | Not Guilty | M | 35 § 780-113 §§ A31 | |
| 3 / Carry Firearms Public In Phila | Not Guilty | M1 | 18 § 6108 | |
| 99,999 / Dr Unregist Veh | Disposed at Lower Court | | 75 § 1301 §§ A | |

## COMMONWEALTH INFORMATION

Name: Philadelphia County District Attorney's Office
Prosecutor

Supreme Court No:

Phone Number(s):
215-686-8000 (Phone)

Address:
3 South Penn Square
Philadelphia, PA 19107

## ATTORNEY INFORMATION

Name: Jay Samuel Gottlieb
Private

Supreme Court No: 002328

Rep. Status: Active

Phone Number(s):
215-988-9494 (Phone)
215-735-3210 (Other)
215-735-9899 (Other)

Address:
1500 Jfk Blvd Ste 405
Philadelphia, PA 19102-1723

Representing: Daniels, Lamont

## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 08/27/2014 | | Court of Common Pleas - Philadelphia County |
| Held for Court | | | |
| 1 | 09/04/2014 | | Williams, R Seth |
| Information Filed | | | |
| 3 | 09/16/2014 | | Mariani, Linda |
| Defendant to Retain Counsel | | | |



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0009699-2014**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Lamont Daniels



## ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 10/15/2014 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 10/15/2014 | | Butchart, Ann |

Order Granting Motion for Continuance

Judge Ann Butchart not sitting.
Defense request to hire private counsel.
Time Ruled Excludable.
Pretrial bring back scheduled for 11/5/14 Room 1005

Judge Ann Butchart : ADA David Simon : No attorney of record : DRT Alexa Brown : Clerk Adrian Baule
(Defendant present on bail and served for next listing)

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 11/05/2014 | | Gottlieb, Jay Samuel |

Entry of Appearance

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 11/05/2014 | | Butchart, Ann |

Order Granting Motion for Continuance

Defense attorney, Jay Gottlieb, entered his appearance.
Discovery and offer passed at the bar of the court; Offer rejected.
Seizure analysis is not complete.
Listed for waiver trial on 12/19/14 Room 1004

Judge Ann Butchart : ADA John Morgan : Def Atty Jay Gottlieb : DRT Francesca Stith : Clerk Adrian Baule
(Defendant present on bail and served for next listing)

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 12/15/2014 | | Gottlieb, Jay Samuel |

Motion for Suppression

Motion for Suppression filed on behalf of *.

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 12/19/2014 | | Active Criminal Records Department |

Trial Continued



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record

ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 12/19/2014 | | Palumbo, Frank |

Order Granting Motion for Continuance

Defendant present in the Courtroom/Service received for the next Court Listing
Defense Request - Further Investigation
Commonwealth Ready
Trial Scheduled
Earliest Possible Date
Next Court Date: 2/24/15 Courtroom: 1004

JUDGE: Frank Palumbo
ADA- K. Adjei; ATTY- J. Gottlieb; STENO- J. Craighead; CLERK- K. Barnes

| | | | |
|---|---|---|---|
| 3 | 02/03/2015 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| | | | |
|---|---|---|---|
| 1 | 02/12/2015 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| | | | |
|---|---|---|---|
| 3 | 03/25/2015 | | Panepinto, Paul Peter |

Order Granting Motion for Continuance

Defendant is present in the Courtroom/Service received for the next Court Listing
Defense Request
Commonwealth Request
Joint Continuance - Further Investigation
Trial Scheduled
Earliest Possible Date
Time Ruled Excludable
Next Court Date: 5/19/15 Courtroom: 1004

JUDGE: Paul P. Panepinto
ADA- B. Wilkoff; ATTY- J. Gottlieb; STENO- L. Mena; CLERK- K. Barnes

| | | | |
|---|---|---|---|
| 3 | 05/19/2015 | | Court of Common Pleas - Philadelphia County |

Hearing Notice




Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record

ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 05/19/2015 | | Panepinto, Paul Peter |

Order Granting Motion for Continuance

Defendant is Present in the Courtroom - Subpeona Signed
Defense Ready
Commonwealth Not Ready - Discovery Incomplete
Ballistics Report Passed @ Bar of Court
Trial Scheduled - Earliest Possible Date
Next Court Listing: 7/8/15 Room 1004

Judge: Paul P. Panepinto, ADA: B. Wilkoff, ATTY: J. Gottlieb, STENO: K. Permsap, CLERK: K. Taylor

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 3 | 07/08/2015 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 4 | 07/08/2015 | | Panepinto, Paul Peter |

Order Granting Motion for Continuance

Defendant is Present in the Courtroom - Subpeona Signed
Defense Ready
Commonwealth Not Ready - Police Officer Subpeona Failure
Trial Scheduled - Earliest Possible Date
Next Court Listing: 9/11/15 Room 1004

Judge: Paul P. Panepinto, ADA: B. Wilkoff, ATTY: J. Gottlieb, STENO: K. Robins, CLERK: K. Taylor

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 09/11/2015 | | Panepinto, Paul Peter |

Waiver of Jury Trial

Waiver of Jury Trial
Formal Arraignment Waived
Entered a Plea of Not Guilty

Judge: Paul P. Panepinto, ADA: B. Wilkoff, ATTY: D. Cogan, STENO: K. Robins, CLERK: K. Taylor

---

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 09/11/2015 | | Panepinto, Paul Peter |

Order Granting Motion for Continuance

Defendant is Present in the Courtroom - Subpeona Signed
Waiver Trial Heard and Held Under Advisement
Status Listing Scheduled - Status of Court Decision
Next Court Listing: 9/18/15 Room 1004

Judge: Paul P. Panepinto, ADA: B. Wilkoff, ATTY: D. Cogan, STENO: K. Robins, CLERK: K. Taylor

---




Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record

# COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

## DOCKET

**Docket Number: CP-51-CR-0009699-2014**

**CRIMINAL DOCKET**

**Court Case**

Commonwealth of Pennsylvania
v.
Lamont Daniels



### ENTRIES

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 5 | 09/11/2015 | | Court of Common Pleas - Philadelphia County |

Hearing Notice

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 09/18/2015 | | Panepinto, Paul Peter |

Not Guilty

Waiver Trial Previously Heard and Held Under Advisement - Adjudged Not Guilty on All Charges - ADA: B. Wilkoff, ATTY: J. Gottlieb, STENO: K. Robins, CLERK: K. Taylor

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 2 | 09/18/2015 | | Feder, Eric |

DL-21D to be Prepared

| Sequence Number | CP Filed Date | Document Date | Filed By |
|---|---|---|---|
| 1 | 10/23/2015 | | Court of Common Pleas - Philadelphia County |

Bail Refund

### CASE FINANCIAL INFORMATION

Last Payment Date: 10/23/2015 — Total of Last Payment: -$1,500.00

| **Daniels, Lamont** Defendant | Assessment | Payments | Adjustments | Non Monetary Payments | Total |
|---|---|---|---|---|---|
| **Costs/Fees** | | | | | |
| Bail Bond (Philadelphia) | $10.00 | $0.00 | -$10.00 | $0.00 | $0.00 |
| Motion Filing Fee (Philadelphia) | $12.50 | -$12.50 | $0.00 | $0.00 | $0.00 |
| Bail Poundage (Philadelphia) | $1,500.00 | -$1,500.00 | $0.00 | $0.00 | $0.00 |
| Costs/Fees Totals: | $1,522.50 | -$1,512.50 | -$10.00 | $0.00 | $0.00 |
| Grand Totals: | $1,522.50 | -$1,512.50 | -$10.00 | $0.00 | $0.00 |

** - Indicates assessment is subrogated



Recent entries made in the court filing offices may not be immediately reflected on these docket sheets. Neither the courts of the Unified Judicial System of the Commonwealth of Pennsylvania nor the Administrative Office of Pennsylvania Courts assume any liability for inaccurate or delayed data, errors or omissions on these reports. Docket Sheet information should not be used in place of a criminal history background check which can only be provided by the Pennsylvania State Police. Moreover an employer who does not comply with the provisions of the Criminal History Record