IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAMONT DANIELS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | No. 16-4270 |
| Defendants. | : | |

### ORDER

AND NOW, this **20th** day of **September, 2017**, upon consideration of Defendants' Motion for Partial Summary Judgment, and Plaintiff's response thereto, it is hereby **ORDERED** that the motion (Document No. 19) is **DENIED**.

BY THE COURT:

*/s/ Berle M. Schiller*
_____
**Berle M. Schiller, J.**